

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Facsimile: (281) 341-4519

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 11:32:38 AM
CHRISTOPHER A. PRINE
Clerk

**July 08, 2015**

To: The Clerk of the Court of Appeals for the **First Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No:  **13-DCV-208485**   From the **400th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Maggie Perez-Jaramillo**   Court Reporter: **Karen Rothman**

Appellant(s):

**Pablo Rion Y Asociados, S.A. De C.V.**

**VS**

Appellee(s):

**David Dauajare and Gabriela Martinez De Dauajare**

| Attorney for Appellant(s) | | Attorney For Appellee(s) |
|---|---|---|
| **Daniel W. Jackson** | | **Jennette E Deponte** |
| SBN: 00796817 | | SBN: 00795935 |
| The Jackson Law Firm | | Mccathern Mooty Hyde Grinke Llp |
| 3900 Essex Lane Suite 1116 | | 3710 Rawlins Suite 1600 |
| Houston TX  77027 | | Dallas TX  75219 |
| Telephone: 713-522-4435 | | Telephone: 214-741-2662 |
| Facsimile:  713-527-8850 | | Facsimile:   214-741-4717 |
| E-mail:  daniel@jacksonlaw.tx.com | | E-mail: jdeponte@mccathernlaw.co |
| Attorney for:  Pablo Rion Y Asociados, S.A. de C.V., Appellant | | Attorney for:  David Dauajare, Appellee |

| Date of Judgment/Appealable Order: **April 07, 2015** | Nature of Action: **Contract - Consumer/Commercial/Debt** |
|---|---|
| Disposition of Case: Dismissed by Plaintiff/Non-Suit/Final | Jury Trial: **No** |
| **Plaintiff's Motion to Modify, Correct, or Reform Or for New Trial Filed on: May 7, 2015** | |
| Notice of Appeal Filed On: **July 06, 2015** | |

Signed,  **on this the 8th day of July, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:    /s/ Petra Lozano
Deputy District Clerk Petra Lozano
Telephone: (281) 341-4502

Electronically Filed with the First Court of Appeals

cc:     Daniel W. Jackson, Attorney at Law
Jennette E Deponte, Attorney at Law
Karen Rothman, Court Reporter

Filed
7/6/2015 12:07:15 PM
**Annie Rebecca Elliott**
District Clerk
Fort Bend County, Texas
Lisa Tucker

NO. 13-DCV-208485

| | | |
|---|---|---|
| **PABLO RIÓN Y ASOCIADOS, S.A. de C.V.,** | § | **IN THE DISTRICT COURT OF** |
| Plaintiff, | § | |
| | § | |
| V. | § | **FORT BEND COUNTY, TEXAS** |
| | § | |
| **DAVID DAUAJARE AND GABRIELA** | § | |
| **MARTINEZ de DAUAJARE,** | § | |
| Defendants. | § | **400TH JUDICIAL DISTRICT** |
| | § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Pablo Rión y Asociados, S.A. de C.V. ("PRA") files its notice of appeal.

1. This is an appeal from an order granting defendants' motion to dismiss based on *forum non conveniens*, which the Court signed on April 7, 2015.

2. On May 7, 2015, PRA filed a motion to modify, correct, or reform, or for new trial, which was overruled by operation of law on June 19, 2015.

3. Plaintiff desires to appeal the order granting defendants' motion to dismiss to either the First or Fourteenth Court of Appeals in the State of Texas.

Respectfully submitted,

**THE JACKSON LAW FIRM**

/s/ *Daniel W. Jackson*

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com

Counsel for Plaintiff

Plaintiff's Notice of Appeal

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on all counsel of record, *via* ProDocs, on July 6, 2015:

Jennette E. DePonte
Ty M. Sheaks
McCathern, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas  75219


/s/ *Daniel W. Jackson*
Daniel W. Jackson